LAWRENCE v. STATE OF INDIANA.

[No. 0-537.   Filed January 15, 1959.]

*Venyua Lawrence, pro se.*

PER CURIAM—Petitioner has filed a second alleged petition to reinstate the appeal from his judgment of conviction for kidnapping, or to set aside order of dismissal of same, and for leave to file a belated appeal.

As the matters here attempted to be presented were all heretofore before this court in *Lawrence* v. *State* (1957), 236 Ind. 705, 142 N. E. 2d 910, and were therein decided adversely to petitioner, upon authority of that case, the petition is now denied.

NOTE.—Reported in 155 N. E. 2d 129.

MORPHEW v. STATE OF INDIANA.

[No. 0-541.   Filed January 16, 1959.]

*Claude H. Morphew, pro se.*

PER CURIAM—Petitioner herein requests "an extension of time" within which to file an appeal from the denial of a "Motion To Re-Plead" filed in the Putnam Circuit Court.

From an examination of such petition we are unable to determine whether or not petitioner has a right of appeal from the order of which he complains, nor does the petition contain matters sufficient to enable us intelligently to consider petitioner's request. For these reasons the petition must be dismissed.

Petition dismissed.

NOTE.—Reported in 155 N. E. 2d 125.